UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Chem Gro of Houghton, Inc.,** ) | |
| Plaintiffs, ) | |
| ) | |
| V.  ) | |
| ) | Case No. 4:11CV02067 NAB |
| ) | |
| **Lewis County Rural Electric** ) | |
| **Co-operative Association,** ) | |
| ) | |
| Defendants. ) | |

ORDER

    The above-styled case was filed in the Eastern Division of this court on November 28, 2011, and assigned to the Honorable Nannette A. Baker. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

    IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:11cv00093 JCH. The Honorable Jean C. Hamilton will preside.

  Case No. 4:11cv02067 NAB is hereby administratively closed.

  Dated this 30th day of November, 2011.

                                     James G. Woodward, Clerk of Court

                                     By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No. **2:11cv00093 JCH** in all future matters concerning this case.